ACCEPTED
15-25-00197-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/21/2025 10:30 AM
CHRISTOPHER A. PRINE
CLERK

**IN THE FIFTEENTH COURT OF APPEALS**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/21/2025 10:30:01 AM
CHRISTOPHER A. PRINE
Clerk

## NO. 15-25-00197-CV

## DOMINIQUE REED AND DAKOTA HILL, Appellants

## v.

## CYPRESS CREEK AT SOUTH CEDAR, Appellee

─────────────────────────────────────────────────────

On Appeal from County Court at Law No. 1 of Bell County

Trial Court No. 25CCV01420

Hon. Paul A. Motz, Presiding

─────────────────────────────────────────────────────

**NOTICE OF FILING OF PARTIAL EXHIBITS AND INTENT TO SUPPLEMENT**

─────────────────────────────────────────────────────

**TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:**

Appellants Dominique Reed and Dakota Hill file this Notice to inform the Court that the attached **Emergency Motion for Reconsideration** is being filed with only the **two most critical and time-sensitive exhibits (Exhibit A and Exhibit F)**.

Pursuant to **Texas Rule of Appellate Procedure 10.2** (governing emergency relief), Appellants have prioritized the immediate submission of the core Motion, **Exhibit A** (Proof of Funds), and **Exhibit F** (Proof of Judicial Obstruction/Imminent Harm) **to enable the Court to instantly reissue the stay and halt the execution of the Writ of Possession.**

These exhibits are necessary for the Court to determine the immediate need for an **Order of Abatement** and temporary orders under TRAP 24.4(c).

Appellants certify that they will file the remaining **Supplemental Exhibits (B, B-1, C, D, D-1, E, G, H, I)** Appellant's exhibits will be completed and submitted within the next few hours, no later than **12:00 p.m. today, November 21, 2025**, to ensure the appellate record is fully complete. Appellant's respectfully prays for **immediate review**.

Respectfully Submitted,

/s/ Dominique Reed

Dominique Reed, Pro Se

/s/ Dakota Hill Dakota Hill, Pro Se

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with opposing counsel on November 21, 2025 regarding the subject matter of this motion as required by Texas Rule of Appellate Procedure 10.1(a)(5). At this time, Appellants have received no response from opposing counsel regarding their position on this Emergency Motion.

/s/ Dominique Reed

Dominique Reed, Pro Se

/s/ Dakota Hill

Dakota Hill, Pro Se

---

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2025, a true and correct copy of this motion was served via electronic filing upon all counsel of record for Appellee, CYPRESS CREEK AT SOUTH CEDAR, including Joshua Anderson and Richard Alexander Barclay, at their email addresses listed in the Appellee's filing.

/s/ Dominique Reed

Dominique Reed, Pro Se

/s/ Dakota Hill

Dakota Hill, Pro

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 108326552
Filing Code Description: Motion - Exempt
Filing Description: NOTICE OF FILING OF PARTIAL EXHIBITS AND INTENT TO SUPPLEMENT
Status as of 11/21/2025 10:54 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Brooke Broderick | | broderick@hooverslovacek.com | 11/21/2025 10:30:01 AM | SENT |
| Alex Barclay | | barclay@hooverslovacek.com | 11/21/2025 10:30:01 AM | SENT |
| Dominique ACReed | | dominique.ac.reed@outlook.com | 11/21/2025 10:30:01 AM | SENT |
| Joshua Anderson | | janderson@hooverslovacek.com | 11/21/2025 10:30:01 AM | ERROR |